The **BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,**
Appellant

v.

**MICRON TECHNOLOGY, INC., Appellee.**

No. 2014–1511.

United States Court of Appeals, Federal Circuit.

March 12, 2015.

George C. Summerfield, JR., Stadheim & Grear, Ltd., Chicago, IL, argued for appellant. Also represented by Rolf Stadheim.

Ruffin B. Cordell, Fish & Richardson, P.C., Washington, DC, argued for appellee. Also represented by Timothy W. Riffe, Adam Shartzer.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.